RECEIVED
SEP 1 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK OF JEANERETTE | *CIVIL NO. 08-0913 |
| VERSUS | *JUDGE DOHERTY |
| LAWYERS TITLE INSURANCE CORP. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the Motion for Summary Judgment filed by defendant, Lawyers Title Insurance Corporation [rec. doc. 36]. is **GRANTED,** and that plaintiff's action is **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 16 day of September, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE